IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| BEE FAST, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>F40, LLC,<br><br>Defendant. | CIV. NO.: 22-1290 (SCC) |

## JUDGMENT

In view of the Court's Orders at Docket Nos. 27 and 31, this case is hereby dismissed without prejudice. Each party shall bear its own costs, fees, and attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of August 2022.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE